**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00669-CV

---

## CAROL MCGEHEE, Appellant

## V.

## ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-65389**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 7, 2021. On February 22, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.